UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA MARIE McCRAVEN, | Case No. 2:23-cv-01012-JDP (PC) |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY JUSTICE CENTER, *et al.*, | |
| Defendants. | |

On August 1, 2023, I screened plaintiff's complaint and notified her that the complaint did not state cognizable claims. ECF No. 5. I granted her thirty days to file an amended complaint or an advisement indicating her intent to stand by her current complaint, subject to a recommendation that it be dismissed. To date, plaintiff has not responded.

To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissing a case, for failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

1

1  Plaintiff will be given a chance to explain why the court should not dismiss the case for
2  her failure to file an amended complaint or advisement of her intent to stand by his current
3  complaint.  Plaintiff's failure to respond to this order will constitute a failure to comply with a
4  court order and will result in a recommendation that this action be dismissed.  Accordingly,
5  plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed
6  for failure to prosecute and failure to comply with court orders.  Should plaintiff wish to continue
7  with this lawsuit, she shall file, within twenty-one days, an amended complaint or advisement of
8  her intent to stand by her current complaint.

IT IS SO ORDERED.

Dated:    September 15, 2023                               _____
                                                      JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE