1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JESSICA MARIE McCRAVEN,                    Case No.  2:23-cv-01012-JDP (PC)

12              Plaintiff,                     ORDER DIRECTING THE CLERK OF
                                               COURT TO ASSIGN A DISTRICT JUDGE
13       v.                                    TO THIS MATTER

14  SOLANO COUNTY JUSTICE CENTER,              FINDINGS AND RECOMMENDATIONS
    *et al.*,                                  THAT THIS MATTER BE DISMISSED FOR
15                                             FAILURE TO PROSECUTE AND COMPLY
              Defendants.                      WITH COURT ORDERS
16
                                               ECF No. 7
17
                                               OBJECTIONS DUE WITHIN FOURTEEN
18                                             DAYS

19

20       On August 1, 2023, I screened plaintiff's complaint and notified her that her complaint did

21  not state cognizable claims.  ECF No. 5.  I granted her thirty days to file an amended complaint or

22  an advisement indicating her intent to stand by her current complaint, subject to a

23  recommendation that it be dismissed.  Plaintiff did not respond.  Accordingly, on September 15,

24  2023, I ordered her to show cause within twenty-one days why this action should not be

25  dismissed.  ECF No. 7.  I warned her that failure to comply with that order would result in a

26  recommendation that this action be dismissed.  *Id.* at 2.

27       The deadline has passed, and plaintiff has not filed an amended complaint or otherwise

28  responded.

                                               1

1      Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a

2 District Judge to this matter.

3      Further, it is hereby RECOMMENDED that:

4      1. This action be dismissed without prejudice for failure to prosecute and failure to

5 comply with court orders for the reasons set forth in the September 15, 2023, order.

6      2. The Clerk of Court be directed to close the case.

7      These findings and recommendations are submitted to the United States District Judge

8 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of

9 service of these findings and recommendations, any party may file written objections with the

10 court and serve a copy on all parties.  Such document should be captioned "Objections to

11 Magistrate Judge's Findings and Recommendations."  Any response shall be served and filed

12 within fourteen days of service of the objections.  The parties are advised that failure to file

13 objections within the specified time may waive the right to appeal the District Court's order.

14 *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir.

15 1991).

16

17 IT IS SO ORDERED.

18

19 Dated:    November 16, 2023                   _____

JEREMY D. PETERSON

20 UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28